IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YVONNE GARY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-00984 |
| | § | |
| TARGET CORP., | § | |
| | § | |
| Defendants. | § | |

**MOTION TO WITHDRAW AS ATTORNEY**

Pursuant to Rule AT-3 of the Local Rules of the United States District Court for the Western District of Texas, Attorney David M. Bizar hereby files this Motion to Withdraw as Attorney for Plaintiff Yvonne Gary, in this matter. Other counsel, Andres Pereira, of DJC Law, PLLC, 1012 W Anderson Ln, Austin, TX 78757, has entered his appearance on behalf of the Plaintiff as successor counsel and will represent Plaintiff in this matter.

Dated: August 25, 2025

                                          Respectfully submitted,

                                          BY: */s/ David M. Bizar*
                                                David M. Bizar
                                                Texas Bar No. 24110737
                                                DJC Law, PLLC
                                                1012 W Anderson Ln
                                                Austin, TX 78757
                                                T: (512) 220-1800
                                                F: (512) 220-1801
                                                dbizar@teamjustice.com

-2-

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Motion to Withdraw as Attorney, and [Proposed] Order Re Motion to Withdraw as Attorney, have been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 25th day of August 2025.

                                                                             */s/ David M. Bizar*
                                                                             David Bizar