**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **YVONNE GARY,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:25-cv-00984-RP** |
| | § | |
| **TARGET CORP.** | § | |
| *Defendant.* | § | |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

**TO THE HONORABLE U.S. DISTRICT JUDGE ROBERT PITMAN:**

COME NOW Yvonne Gary ("Plaintiff") and Target Corporation ("Defendant") and file this their Joint Motion for Entry of Agreed Protective Order.

This is a premises liability lawsuit arising from an incident that occurred on or about December 23, 2023, in which Plaintiff alleges she slipped and fell in liquid at a Target store located in Round Rock, Williamson County, Texas.  Defendant denies all of the allegations against it.

As part of the discovery in this case the parties anticipate producing documents that contain sensitive, commercial, proprietary, trade secret, and/or confidential information. Counsel for the parties have conferred on this issue and agree that certain responsive documents should be produced only under an appropriate protective order and have agreed to submit a proposed order that will govern the production and use of such material.

Therefore, the parties hereby move for entry of an Agreed Protective Order which is being submitted with this Motion.

Respectfully submitted,

**LAW OFFICE OF RRK**
13785 Research Boulevard, Suite 125
Austin, Texas 78750
(512) 436-2779 (t)
(737) 210-8877 (f)

By:     /s/ Robert Kiesling

Robert Kiesling
State Bar No. 24043754
attorney@rrklegal.us

**ATTORNEYS FOR PLAINTIFF**


**GERMER BEAMAN & BROWN PLLC**
One Barton Skyway
1501 South Mopac Expressway, Suite A400
Austin, Texas 78746
(512) 472-0288
(512) 472-0721 Fax

By:     /s/ G. Robert Sonnier
G. Robert Sonnier
State Bar No. 18847400
rsonnier@germer-austin.com

**ATTORNEY FOR DEFENDANT
TARGET CORPORATION**

2

## CERTIFICATE OF SERVICE

I certify by my signature below that a true and correct copy of the above and foregoing has been served on all attorneys of record as listed below on January 30, 2026:

*Via CM/ECF*

Robert Kiesling
State Bar No. 24043754
LAW OFFICE OF RRK
13785 Research Boulevard, Suite 125
Austin, Texas 78750
(512) 436-2779 (t)
(737) 210-8877 (f)
attorney@rrklegal.us

**ATTORNEYS FOR PLAINTIFF**

Andres C. Pereira
Texas Bar No. 00794440
DJC LAW, PLLC
1012 West Anderson Lane
Austin, Texas 78757
(512) 220-1800 (t)
(512) 220-1801 (f)
apereira@teamjustice.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ G. Robert Sonnier*
G. Robert Sonnier